FILED

2017 JAN -5 PM 3:00

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

1 17 CR 0006

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | Judge: |
| ) | |
| v. ) | |
| ) | Case No.: _____ |
| BRIAN C. KEELING, ) | Title 18, Sections 2251(d)(1)(A), |
| ) | 2252(a)(2) and 2252A(a)(5)(B), |
| Defendant. ) | United States Code |

COUNT 1     JUDGE GWIN

The Grand Jury charges:

From on or about April 17, 2016 through on or about May 2, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BRIAN C. KEELING, did knowingly make and cause to be made a notice and advertisement seeking and offering to receive, exchange, display and distribute any visual depiction of a real minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such notice and advertisement were transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d)(1)(A).

COUNT 2

The Grand Jury further charges:

From on or about December 27, 2015 through on or about December 6, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BRIAN C. KEELING, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 3

The Grand Jury further charges:

On or about December 6, 2016, in the Northern District of Ohio, Eastern Division, the defendant, BRIAN C. KEELING, did knowingly possess a ZTE cellular phone and a Samsung Galaxy Tablet, each of which contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a

prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

                                                             A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.